## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JASMINE MISSOURI**                                                    **PLAINTIFF**

**v.**                               **CASE NO. 4:24-CV-00821-BSM**

**WAL-MART ASSOCIATES, INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE